IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

    Petitioner,                   No. CIV S-06-0839 FCD DAD P

    vs.

JAMES A. YATES, et al.,

    Respondents.              <u>ORDER</u>

        In response to the court's April 26, 2006 order, petitioner has filed an amended petition naming the proper respondent. Petitioner has requested an extension of time to submit the filing fee. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's May 26, 2006 request is granted, and petitioner shall submit the required filing fee within thirty days after this order is signed.

        2. The Clerk of the Court shall amend the docket to reflect that petitioner has substituted James A. Yates, Warden, for "Court of Appeal" as respondent.

DATED: June 8, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
ulre0839.111