IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RON ULREY,

        Petitioner,           No. CIV S-06-0839 FCD DAD P

    vs.

JAMES A. YATES, et al.,

        Respondents.         ORDER TO SHOW CAUSE

_____/

        On April 26, 2006, petitioner was granted thirty days to pay the filing fee or file a properly completed application to proceed in forma pauperis.  Petitioner filed a letter dated May 21, 2006, stating that the filing fee was late because the trust office was late sending it.  Petitioner requested "a few extra days."  On June 9, 2006, petitioner was granted an additional thirty days to pay the fee.  The time period has expired, and the court has not received the filing fee.  IT IS ORDERED that petitioner shall show good cause, within ten days from the date of this order, for his failure to pay the fee or file a properly completed in forma pauperis application.  Petitioner's failure to show good cause will result in a recommendation that this action be dismissed.

DATED: July 24, 2006.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

DAD:13
ulrey0839.oscfee